UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                                                          Chapter 11

                                                             Case No. 22-43097- ess
      Kings County Foundation LLC

                                 Debtor.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

      Please take notice, that the law firm of Borchert & LaSpina, P.C. appears as attorneys for Retained Realty, Inc. in this matter and demands that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

Dated:      Whitestone, New York
               December 15, 2022

                                Borchert & LaSpina, P.C.


                                By: /s/ Jason Sackoor
                                Jason Sackoor, Esq. (JS 1367)
                                *Attorneys for Retained Realty, Inc.*
                                19-02 Whitestone Expressway, Suite 302
                                Whitestone, New York 11357
                                (718) 767-3333
                                Email: jsackoor@blpcny.com

TO:   Kings County Foundation LLC
        95 Guernsey Street
        Brooklyn, NY 11222