UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re:

    Kings County Foundation LLC

                          Debtor.
---------------------------------------------------------x
STATE OF NEW YORK    )
                              ) ss:
COUNTY OF QUEENS    )

Case No.
22-43097- ess

Chapter 11

**AFFIDAVIT OF SERVICE**

    Jonathan Finkelman, being duly sworn, deposes and says:

    That deponent is not a party to the action, is over 18 years of age and resides at Queens County, New York.

    That on the 15th day of December, 2022 deponent served the within Notice of Appearance and Demand for Service of Papers upon:

        Kings County Foundation LLC
        95 Guernsey Street
        Brooklyn, NY 11222

the addresses designated for that purpose by depositing true copies of same enclosed in a postpaid properly addressed wrapper, by Regular Mail, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                  /s/ *Jonathan Finkelman*
                                                     Jonathan Finkelman

Sworn to before me this
15th day of December, 2022

*/s/ Jason Sackoor*
Notary Public

    *Jason Sackoor*
*Notary Public, State of New York*
    *No. 02SA6190648*
 *Qualified in Nassau County*
 *Commission Expires 7/28/24*