UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

KINGS COUNTY FOUNDATION LLC,

                              Debtor.
-----------------------------------------------------------x

**Case No. 1-22-43097-cec**

**NOTICE OF APPEARANCE**

TO:    The Clerk of the Court and all parties of record

     I am admitted to practice in this Court, and I appear in this case on behalf of the Debtor, Kings County Foundation LLC and all papers in this proceeding should be served upon the undersigned at the office and post office address stated below.

Dated:  Lawrence, New York
          December 28, 2022

                                      **THE ROSENFELD LAW OFFICE**

                                      By: _____
                                            Avinoam Y. Rosenfeld, Esq.
                                      *Attorneys for Debtor*
                                      156 Harborview South
                                      Lawrence, New York 11559
                                      Phone: (516) 547-1717
                                      Email: aviyrosenfeld@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF on those parties registered to receive electronic notices of filing in this case and/or via U.S. Mail as indicated on the Service List below.

                                          **THE ROSENFELD LAW OFFICE**

By: _____
            Avinoam Y. Rosenfeld, Esq.
*Attorneys for Debtor*
156 Harborview South
Lawrence, New York 11559
Phone: (516) 547-1717
Email: aviyrosenfeld@aol.com

**CM/ECF SERVICE LIST:**

Office of the United States Trustee
Jason Sackoor on behalf of Creditor Retained Realty, Inc.

**U.S. Mail Service List:**

N/A