United States Bankruptcy Court
Eastern District of New York

In re: Case No. 22-43097-ess
Kings County Foundation LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf000 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kings County Foundation LLC, 95 Guernsey Street, Brooklyn, NY 11222-3111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

**Name**      **Email Address**

Jason Sackoor
    on behalf of Creditor Retained Realty Inc. jsackoor@blpcny.com, jfinkelman@blpcny.com;laparicio@blpcny.com

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                              Chapter 11

KINGS COUNTY FOUNDATION LLC,                Case No. 22-43097-ess


                                        Debtor.
-----------------------------------------------------------x

## ORDER SCHEDULING HEARING ON
## DEBTOR'S FAILURE TO BE REPRESENTED BY COUNSEL

WHEREAS, on December 13, 2022, Kings County Foundation LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on December 19, 2022, the Clerk of the Court entered a Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel (the "Deficiency Notice"), directing the Debtor to appear at a hearing on December 29, 2022; and

WHEREAS, the Debtor is an entity and is not an individual; and

WHEREAS, courts in this Circuit have concluded that an entity "must appear through licensed counsel" in federal court, *Lattanzio v. COMITA*, 481 F.3d 137, 140 (2d Cir. 2007); and

WHEREAS, the Debtor's failure to be represented by counsel may constitute cause for dismissal or conversion of this Chapter 11 case.

NOW THEREFORE, it is hereby

ORDERED, that the Debtor is directed to file a notice of appearance of new counsel by January 3, 2023; and it is further

**ORDERED, that, for more information on how to retain counsel, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, Monday through Friday**

**between 9:00 a.m. and 3:00 p.m., at (347) 394-1738 or Elise_Kanter@nyeb.uscourts.gov; and it is further**

ORDERED, that the Court will hold a hearing on the Deficiency Notice on December 29, 2022 at 12:30 p.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11202; and it is further

**ORDERED, that this hearing will be conducted remotely, via video. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgibin/nyebAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two business days before the hearing.**

**On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.**



Dated: Brooklyn, New York
December 22, 2022

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Kings County Foundation LLC
95 Guernsey Street
Brooklyn, NY 11222

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Jason Sackoor, Esq. (JS 1367)
Attorneys for Retained Realty, Inc.
19-02 Whitestone Expressway, Suite 302
Whitestone, New York 11357