United States Bankruptcy Court
Eastern District of New York

In re: Case No. 22-43097-ess
Kings County Foundation LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Dec 27, 2022      Form ID: pdf002      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kings County Foundation LLC, 95 Guernsey Street, Brooklyn, NY 11222-3111 |
| 10138013 | + | Dept Of Finance NYC, One Centre Street, 22nd Floor, New York, NY 10007-1632 |
| 10138012 | + | Emigrant Savings Bank, 5 East 42 Street, New York, N.Y 10017-6994 |
| 10138017 | + | Kampessis & Shamoun, PLLC, ATTN: Simon Shamoun, Esq. (Referee), 430 Bay Ridge Pkwy,, Brooklyn, NY 11209-2702 |
| 10138016 | + | Law Offices of Borchert & LaSpina, P.C., 19-02 Whitestone Expressway, Suite 302, Whitestone, New York 11357-3099 |
| 10138014 | + | NYC DEP, 59-17 Junction Blvd,, Queens, NY 11373-5108 |
| 10138015 | + | NYC OATH ECB, 66 John Street 10th and 11th Floors, New York, NY 10038-3735 |
| 10139477 | + | Retained Realty, Inc., Borchert & LaSpina, P.C., 19-02 Whitestone Expressway, Suite 302, Whitestone, New York 11357-3099 |
| 10138982 | + | Retained Realty, Inc., c/o Borchert & LaSpina, P.C., 19-02 Whitestone Expressway, Suite 302, Whitestone, NY 11357-3099 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 27 2022 18:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 27 2022 18:26:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 27 2022 18:26:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 27 2022 18:26:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 27 2022 18:26:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| smg | + | Email/Text: karen.brown@treasury.gov | Dec 27 2022 18:26:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Retained Realty, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 27, 2022 | Form ID: pdf002 | Total Noticed: 15 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

**Name**                          **Email Address**

Jason Sackoor
                    on behalf of Creditor Retained Realty  Inc. jsackoor@blpcny.com, jfinkelman@blpcny.com;laparicio@blpcny.com

Office of the United States Trustee
                    USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                 :
                                                       :    Case No. 22-43097-ess
Kings County Foundation LLC                            :
                                                       :    Chapter 11
         Debtor                                        :
-------------------------------------------------------- x

## NOTICE OF DIAL-IN INFORMATION FOR SECTION 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that initial section 341 meeting of creditors for the above-captioned chapter 11 case (the "Bankruptcy Case") will be conducted by telephone conference on **January 23, 2023, at 11:00 a.m.** (the "Designated Meeting Time").

Below please find (i) instructions for dialing into the telephonic 341 meeting, and (ii) pre-meeting instructions for the debtor's counsel and/or the debtor:

### Dial-in Information

The Debtor, debtor's counsel, and any creditors or other parties in interest who wish to attend the 341 meeting shall appear by telephone at the Designated Meeting Time by dialing the Meeting Phone Number listed below and when prompted entering the Participant Code and then entering the # sign:

- **Meeting Phone Number:**     866-819-1498

- **Participant Code:**     4769770

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

### Instructions for Testifying Debtors or Debtors' Representatives and Counsel:

No later than one (1) business day prior to the Designated Meeting time, debtor's counsel (or the debtor in the case of a *pro se* debtor who has filed its bankruptcy case without an attorney) is required to email to the undersigned trial attorney for the United States Trustee at Reema.Lateef@usdoj.gov: (i) a completed, signed and dated *Declaration In Connection With Telephonic 341 Meeting* on the form provided by the Office of the United States Trustee, and (ii) the following identification documents (the "Identification Documents"):

- **Individual Debtors**: If the debtor is an individual, an imaged copy of the debtor's photo identification and proof of the debtor's social security number;

- **Business Debtors**: If the debtor is a corporation, limited liability company or other business entity, an imaged copy of the photo identification of the debtor's representative who signed the debtor's petition, schedules and statement of financial affairs and will represent the debtor at the 341 meeting of creditors.

The Identification Documents must be provided to the United States Trustee via a secure method, i.e., portal, encrypted email, etc. Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings.

Dated: December 22, 2022  
       Brooklyn, New York

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE, REGION 2

By: /s/ Reema Lateef  
    Reema Lateef, Esq.  
    Trial Attorney  
    201 Varick Street, Suite 1006  
    New York, New York 10014  
    Tel. No. (212) 510-0512